UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA CHIN,<br><br>   Plaintiff,<br><br> v.<br><br>BOEHRINGER INGELHAM PHARMACEUTICALS, INC.,<br><br>   Defendant. | Case No.17-cv-03703-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. Nos. 19, 20 |

On September 11, 2017, the Court granted Defendant's motion to compel arbitration and stayed proceedings here pending arbitration. (Dkt. No. 19.) On January 3, 2019, the Court requested a status update regarding arbitration proceedings. (Dkt. No. 20.) Defendant has since filed a response indicating that it is waiting for Plaintiff to initiate arbitration proceedings. (Dkt. No. 21.) Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed without prejudice given Plaintiff's apparent lack of interest in prosecuting this action for the past 18 months. Plaintiff shall file a written response to this Order by February 26, 2019.

**IT IS SO ORDERED.**

Dated: February 6, 2019

 

JACQUELINE SCOTT CORLEY
United States Magistrate Judge